# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRICK SCOTT,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANCISCO J. QUINTANA, et al.,<br><br>   Defendants. | Case No. CV 11-0795-VBF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: September 30, 2011

PERCY ANDERSON FOR
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE