# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRICK SCOTT,<br><br>             Plaintiff,<br><br>     v.<br><br>FRANCISCO J. QUINTANA, et al.,<br><br>             Defendants. | Case No. CV 11-0795-VBF (JEM)<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: September 30, 2011

                                                   PERCY ANDERSON FOR
                                                 VALERIE BAKER FAIRBANK
                                                 UNITED STATES DISTRICT JUDGE